**Koni Lynne HAGAR, Respondent,**

v.

**Herman Carlyle HAGAR, Appellant.**

**No. WD 69784.**

Missouri Court of Appeals,
Western District.

April 14, 2009.

Robert T. Bickhaus, Macon, MO, for Appellant.

Jill R. Creed, Moberly, MO, for Respondent.

Before JAMES M. SMART, JR., P.J., JOSEPH M. ELLIS, and JAMES EDWARD WELSH, JJ.

## ORDER

PER CURIAM:

Herman Hagar appeals the circuit court's judgment in favor of Koni Hagar on his motion to modify judgment and decree of dissolution of marriage as to termination of child support. We affirm. Rule 84.16(b).